Brent Dorian Brehm (SBN 248983)
 bbrehm@kantorlaw.net
Corinne Chandler (SBN 111423)
 cchandler@kantorlaw,net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD GIBBS,<br><br>          Plaintiff,<br><br>     vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>          Defendant. | CASE NO.: 8:20−cv−00235−JVS−DFM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint filed: February 5, 2020 |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

DATE:  March 16, 2021

_____
Hon. James V. Selna
United Stated District Court Judge

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE